No. 84. SANTIAGO UMPIERRE Y CA. *v.* WENAR. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 23, 1905. Sin lugar

la moción. Abogado del promovente: *Sr. Guzmán Benítez, (Juan).* Abogado de la parte contraria: *Sr. Coll.*